AO 10
Rev. 1/2019

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2019

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Warren, David M. | U.S. Bankruptcy Court - Eastern District of North Carolina | 02/17/2021 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Bankruptcy Judge | 5a. Report Type (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☑ Amended Report | 6. Reporting Period<br><br>01/01/2019<br>**to**<br>12/31/2019 |

**7. Chambers or Office Address**

Century Station Post Office and Courthouse
300 Fayetteville Street, Room 323
Raleigh, NC 27601-1749

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Chairman | FRMT, Ltd. |
| 2. | Chairman | Turner W. Battle Scholarship Trust (Rocky Mount Academy) |
| 3. | Director | Paramount Condominium Homeowners Association, Inc. |
| 4. | President | 9 Shearwater Street Condominium Owners Association, Inc. |
| 5. | Manager | 9 Shearwater LLC |
| 6. | Manager | Roofjumpers LLC |
| 7. | Manager | McLash LLC |
| 8. | Adjunct Professor | Norman A. Wiggins School of Law (Campbell University) |
| 9. | | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☐ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | 1/1/1991 | Poyner Spruill LLP Retirement Plan, former law firm. This is a qualifed pension plan that was discontinued in approximately 1991. |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

3.

| Name of Person Reporting | Date of Report |
|---|---|
| Warren, David M. | 02/17/2021 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME<br>(yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | FRMT, Ltd. | 10/18/2019 | Lexington, SC | Committee Meeting | transporation, lodging food |
| 2. | Eastern Bankruptcy Institute, Inc. | 5/30-31/2019 | Myrtle Beach, SC | Seminar | transportation, lodging, food |
| 3. | FRMT Ltd. | 3/10-13/2019 | Tucson, AX | Seminar | transportation, lodging, food |
| 4. | FRMT Ltd. | 4/11-13/2019 | Indianapolis, IN | Board Meeting | transportation, lodging, food |
| 5. | FRMT Ltd. | 10/17/2019 | Atlanta, GA | Committee Meeting | transportation, lodging, food |
| 6. | FRMT, Ltd. | 11/8/2019 | Nashville, TN | Committee Meeting | transportation, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

| 7. | Kappa Alpha Order Educational Foundation | 4/4-5/2019 | Destin, FL | Board Meeting | food |
|---|---|---|---|---|---|
| 8. | Kappa Alpha Order | 7/31-8/4/2019 | New Orleans, LA | Board Meeting, Convention | transportation, lodging, food |
| 9. | National Conference of Bankruptcy Judges | 10/29-11/2/2019 | Washington, DC | Annual Meeting | lodging |
| 10. | N.C. Bar Association | 11/21-23/2019 | Wilmington, NC | NC Bar Association Annual Bankruptcy Institute | lodging, food |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

**✔**    NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐    NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sound Bank | Personal Guaranty on Loan to 9 Shearwater LLC (Wrightsville Beach, NC hous3) | M |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Purchase Money Mortgage Held by McLash LLC | D | Dividend | K | T | | | | | |
| 2. Rental Raleigh, Wake County, NC (50% interest) | C | Rent | | | Sold | 08/02/19 | N | E | Mary C. Bigelow |
| 3. House, Investment, Littleton, NC (50% interest) | | None | | | Sold | 03/29/19 | O | A | Jan and May Muuse |
| 4. House, Wrightsville Beach, NC (1/3 interest) | | None | N | W | | | | | |
| 5. Northwestern Mutual Life Whole Life Policy | C | Dividend | M | T | | | | | |
| 6. National Life Whole Life Policy | B | Dividend | K | T | | | | | |
| 7. Mutual Trust Whole Life Policy | A | Dividend | K | T | | | | | |
| 8. Anheuser-Busch Inbev (BUD DIRA | A | Dividend | K | T | | | | | |
| 9. B&G Foods (BGS) DIRA | B | Dividend | J | T | | | | | |
| 10. Caterpillar, Inc. (CAT) DIRA | A | Dividend | K | T | Buy | 07/02/19 | K | | |
| 11. Clorox (CLX) DIRA | B | Dividend | L | T | | | | | |
| 12. Coca Cola (KO) DIRA | B | Dividend | K | T | | | | | |
| 13. Cummins (CMI) DIRA | B | Dividend | K | T | | | | | |
| 14. Dieago (DEO) DIRA | B | Dividend | L | T | | | | | |
| 15. Disney Walt Co (DIS) DIRA | A | Dividend | K | T | | | | | |
| 16. Dominion Energy Inc (D) DIRA | B | Dividend | K | T | | | | | |
| 17. Eaton Corp (ETN) DIRA | A | Dividend | K | T | Sold (part) | 06/18/19 | K | D | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. Emerson Electric (EMR) DIRA | A | Dividend | K | T | | | | | |
| 19. Exxon Mobil (XOM) DIRA | B | Dividend | K | T | | | | | |
| 20. Garrett Motion Inc (GTX) DIRA | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 21. General Electric (GE) DIRA | A | Dividend | J | T | | | | | |
| 22. General Mills (GIS) DIRA | A | Dividend | K | T | | | | | |
| 23. Heineken (HEINY) DIRA | A | Dividend | K | T | | | | | |
| 24. Hershey Company DIRA | A | Dividend | K | T | | | | | |
| 25. Honeywell (HON) DIRA | A | Dividend | K | T | | | | | |
| 26. International Flavors & Fragrances (IFF) DIRA | A | Dividend | K | T | | | | | |
| 27. Johnson & Johnson (JNJ) DIRA | B | Dividend | K | T | | | | | |
| 28. International Paper (IP) DIRA | B | Dividend | K | T | | | | | |
| 29. Kellogg (K) DIRA | B | Dividend | K | T | | | | | |
| 30. Kimberly-Clark (KMB) DIRA | A | Dividend | K | T | | | | | |
| 31. Kraft Heinze Company (KHC) DIRA | A | Dividend | | | Sold | 04/18/19 | K | A | |
| 32. Lockheed Martin Corp (LMT) DIRA | A | Dividend | K | T | Buy | 04/10/19 | K | | |
| 33. Marriott International (MAR) DIRA | A | Dividend | K | T | | | | | |
| 34. Martin Marietta Materials (MLM) DIRA | A | Dividend | | | Sold | 04/17/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. McCormick & Co. (MCK) DIRA | B | Dividend | L | T | | | | | |
| 36. 3 M (MMM) DIRA | B | Dividend | K | T | | | | | |
| 37. Nestle (NSRGY) DIRA | B | Dividend | K | T | | | | | |
| 38. Parker-Hannifin Corp | A | Dividend | K | T | Buy | 05/31/19 | K | | |
| 39. Pepsico (PEP) DIRA | B | Dividend | L | T | | | | | |
| 40. Proctor & Gamble (PG) DIRA | A | Dividend | | | Sold | 04/16/19 | L | E | |
| 41. Resideo Technologies (REZ) DIRA | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 42. Royal Dutch Shell (RDSB) DIRA | B | Dividend | K | T | | | | | |
| 43. Smucker (SJM) DIRA | A | Dividend | K | T | | | | | |
| 44. Tupperware (TUP) DIRA | A | Dividend | | | Sold | 04/16/19 | K | A | |
| 45. Tutor Perini Corp. (TPC) DIRA | A | Dividend | | | Sold | 06/18/19 | J | A | |
| 46. Unilever PLC (UN) DIRA | B | Dividend | K | T | | | | | |
| 47. United Technologies (UTX) DIRA | B | Dividend | L | T | | | | | |
| 48. Westrock Co. | A | Dividend | | | Buy | 05/10/19 | K | | |
| 49. Westrock Co. | A | Dividend | | | Sold | 09/16/19 | K | A | |
| 50. Westrock Co. | A | Dividend | | | Buy | 10/08/19 | K | | |
| 51. Westrock Co. | A | Dividend | | | Sold | 10/29/19 | K | C | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. WABTEC CORP | A | Dividend | | | Spinoff<br>(from line 21) | 02/26/19 | J | | |
| 53. WABTEC CORP | A | Dividend | | | Sold | 03/19/19 | J | A | |
| 54. Fidelity Cash Reserves DIRA | A | Dividend | M | T | | | | | |
| 55. | | | | | | | | | |
| 56. First Citizens Bank A DAmeri | A | Dividend | | | Buy | 08/07/19 | K | | |
| 57. First Citizens Bank A DAmeri | A | Dividend | | | Sold | 09/03/19 | K | B | |
| 58. First Citizens Bank A DAmeri | A | Dividend | | | Sold | 09/03/19 | K | E | |
| 59. First Citizens Bank B Preferred DAmeri | A | Dividend | K | T | | | | | |
| 60. General Mills (GIS) DAmeri | A | Dividend | J | T | | | | | |
| 61. Kellogg (K) DAmeri | A | Dividend | J | T | | | | | |
| 62. Cenovus Energy (CVE) DAmeri | A | Dividend | J | T | | | | | |
| 63. Fidelity Covington HD ETF DAmeri | A | Dividend | | | Buy | 09/09/19 | K | | |
| 64. Fidelity Covington HD ETF DAmeri | A | Dividend | | | Sold | 12/10/19 | K | B | |
| 65. Amerprise Insured Money Market DAmeri | A | Interest | J | T | | | | | |
| 66. | | | | | | | | | |
| 67. Fidelity Equity Income/Cash Reserves<br>(DMW/████) | A | Dividend | J | T | | | | | |
| 68. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69.   American Electic & Power (AEP) ▮IRA | C | Dividend | M | T | | | | | |
| 70.   Anheuser Busch Inbev (BUD) ▮IRA | B | Dividend | L | T | | | | | |
| 71.   Coca Cola (KO) ▮IRA | C | Dividend | L | T | | | | | |
| 72.   Exelon (EXC) ▮IRA | C | Dividend | L | T | | | | | |
| 73.   FirstEnergy (FE) ▮IRA | C | Dividend | L | T | | | | | |
| 74.   General Mills (GIS) ▮IRA | B | Dividend | L | T | | | | | |
| 75.   Kellogg (K) ▮IRA | A | Dividend | K | T | | | | | |
| 76.   Kinder Morgan (KMI) ▮IRA | A | Dividend | K | T | | | | | |
| 77.   Smucker (SJM) ▮IRA | B | Dividend | L | T | | | | | |
| 78.   Fidelity Government Cash Reserves ▮IRA | A | Dividend | L | T | | | | | |
| 79. | | | | | | | | | |
| 80.   Fidelity Equity Income (▮) | A | Dividend | J | T | | | | | |
| 81. | | | | | | | | | |
| 82.   Fidelity Equity Income (▮) | A | Dividend | J | T | | | | | |
| 83. | | | | | | | | | |
| 84.   Vanguard Mutual Fund (401k) merge with Fidelity 2/2018 | A | Dividend | J | T | | | | | |
| 85. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86.  Allegion (ALLE)■■IRA | A | Dividend | | | Sold | 01/02/19 | J | B | |
| 87.  Anheuser-Busch Inbev (BUD)■■IRA | A | Dividend | J | T | | | | | |
| 88.  Apple (AAPL)■■IRA | A | Dividend | K | T | | | | | |
| 89.  Campbell Soup (CPB)■■IRA | A | Dividend | J | T | | | | | |
| 90.  Clorox (CLX)■■IRA | A | Dividend | J | T | | | | | |
| 91.  Coco Cola (KO)■■IRA | A | Dividend | J | T | | | | | |
| 92.  Cummins Inc. (CMI)■■IRA | A | Dividend | J | T | | | | | |
| 93.  Dominion Energy (D)■■IRA | A | Dividend | J | T | | | | | |
| 94.  DowDupont(DWDP)■■IRA | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 95.  Dow, Inc. | A | Dividend | | | Spinoff<br>(from line 94) | 04/04/19 | J | | |
| 96.  Dow, Inc. | A | Dividend | | | Sold | 04/09/19 | J | A | |
| 97.  Eaton (ETN)■■IRA | A | Dividend | J | T | | | | | |
| 98.  Exxon Mobil (XOM)■■IRA | A | Dividend | J | T | | | | | |
| 99.  Garrett Motion Inc. (GTX)■■IRA | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 100.  General Electric (GE)■■IRA | A | Dividend | J | T | | | | | |
| 101.  Honeywell (HON)■■IRA | A | Dividend | J | T | | | | | |
| 102.  Ingersoll-Rand PLC (IR)■■IRA | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 103.  Kellogg (K)█████IRA | A | Dividend | J | T | | | | | |
| 104.  Kimberly Clark (KMB)████IRA | A | Dividend | J | T | | | | | |
| 105.  3M Company (MMM)████IRA | A | Dividend | J | T | | | | | |
| 106.  McCormick & Co. (MKC)████IRA | A | Dividend | J | T | | | | | |
| 107.  Nestle (NSRGY)████IRA | A | Dividend | J | T | | | | | |
| 108.  Pepsico (PEP)████IRA | A | Dividend | J | T | | | | | |
| 109.  Proctor & Gamble (PG)████IRA | A | Dividend | J | T | | | | | |
| 110.  Prudential Financial (PRU)████IRA | A | Dividend | J | T | | | | | |
| 111.  Resideo Technologies (REZ)████IRA | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 112.  Seimens (SIEGY)████IRA | A | Dividend | J | T | | | | | |
| 113.  Smucker (SJM)████IRA | A | Dividend | J | T | | | | | |
| 114.  Sonoco (SON)████IRA | A | Dividend | J | T | | | | | |
| 115.  Tupperware (TUP)████IRA | A | Dividend | | | Sold | 01/02/19 | J | A | |
| 116.  Unilever (UL)████IRA | A | Dividend | J | T | | | | | |
| 117.  United Technologies (UTX)████IRA | A | Dividend | J | T | | | | | |
| 118.  WABTEC CORP | A | Dividend | | | Spinoff<br>(from line 100) | 02/28/19 | J | | |
| 119.  WABTEC CORP | A | Dividend | | | Sold | 04/12/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1  Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2  Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3  Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 120. Fidelity Government Cash Reserves<br>█ IRA | A | Dividend | K | T | | | | | |
| 121. | | | | | | | | | |
| 122. | | | | | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **Warren, David M.** | 02/17/2021 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I
Line 2:  The Turner W. Battle Scholarship Trust is an asset of Rocky Mount Acadeny.  David M. Warren has no ownership interest in the funds of approximartely $500,000.  The interest from the principal is used to fund educational scholarships for students attending Rocky Mount Academy in Rocky Mount, NC.


Part II:
Line 1:  The Poyner Spruill LLP Retirement Plan (pension) is currently underfunded but is insured by the Pension Benefit Guaranty Corp. David M. Warren does not have information on the performance of the pension plan and has not made contributions or withdrawals. He has no liability for its performance. The entry regarding this asset was removed from Part VII (listed in 2014 on line 8) as it is correctly reported as a pension interest in Part II.

Part VI:
Line 1: The only asset of 9 Shearwater LLC is the house at Wrightsville Beach, NC. The personal guaranty relates to the mortgage on the real property.

Part VII:
Line 1: The only asset of McLash LLC is the purchase money proisory note.

| Name of Person Reporting | Date of Report |
| --- | --- |
| Warren, David M. | 02/17/2021 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ David M. Warren**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544